

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of the Marriage of Nathan Levi Lavender and Candice Marie Lavender and In the Interest of H.L.L., J.G.L., and I.K.L., Children

No. 06-22-00070-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 21D0251-CCL).  Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings consistent with this opinion.

We further order that the appellee, Nathan Levi Lavender, pay all costs of this appeal.

RENDERED MAY 10, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk